# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDUARDO BRUNO CORREA,<br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br>              Defendant. | CIVIL ACTION<br><br>NO. 07-5435 |

## ORDER

AND NOW, this 4th day of March, 2009, upon consideration of Plaintiff's Motion for Summary Judgment and Statement of Issues in Support of Request for Review filed April 28, 2008; upon consideration of Defendant's Response to Plaintiff's Request for Review filed May 30, 2008; and after careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 29, 2009, IT IS ORDERED that:

    1.    the Report and Recommendation is APPROVED and ADOPTED;

    2.    the relief sought by Plaintiff is GRANTED in part as described below;

    3.    the case is REMANDED to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) in accordance with the Report and Recommendation; and

5.  the Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

*/s/ Anita B. Brody*

ANITA B. BRODY, J.